Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Vintage Food Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA VINTAGE HOUSE** <br> **DBA VINTAGE HOUSE BANQUETS AND CATERING** <br> **DBA O'HARA'S** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0294021** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **31816 Utica Road** <br> **Fraser, MI 48026** <br> Number, Street, City, State & ZIP Code <br><br> **Macomb** <br> County <br><br> **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://vintagebanquetsandcatering.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **Vintage Food Services, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__7223__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Vintage Food Services, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Vintage Food Services, Inc.**                                         Case number (*if known*)
        Name

                    ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                    ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                    ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Vintage Food Services, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 16, 2022**
MM / DD / YYYY

X **/s/ Anthony Jekielek**                                    **Anthony Jekielek**
Signature of authorized representative of debtor              Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Lynn M. Brimer**                                      Date **October 16, 2022**
Signature of attorney for debtor                              MM / DD / YYYY

**Lynn M. Brimer P43291**
Printed name

**Strobl Sharp PLLC**
Firm name

**300 East Long Lake Road**
**Suite 200**
**Bloomfield Hills, MI 48304-2376**
Number, Street, City, State & ZIP Code

Contact phone  **(248) 540-2300**      Email address

**P43291 MI**
Bar number and State

ADJ Properties, LLC
31816 Utica Road
Fraser, MI 48026


Alec Zajac
25176 Send St
Roseville, MI 48066


Alexander Keuning
15736 Harrington
Fraser, MI 48026


ALJ Properties, LLC
31816 Utica Road
Fraser, MI 48026


Allisyn Melcher
35044 Pappstein
Clinton Township, MI 48035


Alorea Chodoba
32929 Timmy Drive
Sterling Heights, MI 48310


Alyse Aganrowski
26550 Masch Dr.
Warren, MI 48091


Anisa Shock
19131 Minnesota
Roseville, MI 48066


Anthony Azar
22717 Francis
Saint Clair Shores, MI 48082


Anthony Jekielek
31816 Utica Road
Fraser, MI 48026


audio centry
31807 Utica Road
Fraser, MI 48026

Ava Dawn Wilkie
49319 Berkshire Drive
Chesterfield, MI 48047


Belcrest Pest Control
39724 Southpointe Ave.
Harrison Township, MI 48045


Betty Szczotka
15441 Grainger Dr
Clinton Township, MI 48038


Bluevine
401 Warren Street
Redwood City, CA 94063


BMI
10 Music Square East
Nashville, TN 37203-4399


Brandy Bullock
528 William G. Drive
Capac, MI 48014


CanCapital
2015 Vaughn Road NW, Ste. 500
Kennesaw, GA 30144-7831


Chelsey Winkle
2575 Ellsworth Rd
Columbus, MI 48063


Christie Ventimiglia
70 Willow Tree Place
Grosse Pointe Shores, MI 48236


Christopher's Complete Maintenance
6746 Dodge AVe.
Warren, MI 48091


Cindy Hozdish
18214 Airport
Fraser, MI 48026

City of Fraser
Water & Sewer Department
P.O. Box 26032
Fraser, MI 48026

Craig Kirouac
13480 Brainbridge Ave
Warren, MI 48089-1390

Dinsmore
Andrey Tomkiw
900 Wilshire Dr., Ste. 300
Troy, MI 48084

Douglas Mansky
41050 W Rosewood
Clinton Township, MI 48038

Elite Entertainment
14061 13 Mile Road #4
Warren, MI 48088

Financial Pacific Leasing, Inc.
P.O. Box 4568
Auburn, WA 98001

Foster's Towing and Repairs
32535 Groesbeck Hwy.
Fraser, MI 48026

Gordon Food Service
1350 Mall Drive
Benton Harbor, MI 49022

Griffin Piecuch
17830 Summer Lane South
Fraser, MI 48026

Haleyann Shock
19131 Minnesota
Roseville, MI 48066

International Bread Dist., Inc.
8970 Royce Drive
Sterling Heights, MI 48313

Isabella Wettstein
31030 Fall Rd
Fraser, MI 48026


Jaci Preston
5322 Ponderosa Dr
North Street, MI 48049


James Baldwin
42350 Willow Tree Lane E.
Clinton Township, MI 48038


James Ferrari & Sons
148 N. Groesbeck Hwy.
Mount Clemens, MI 48043


Jami Preston
5322 Ponderosa Dr
Clyde, MI 48049


Jason Catenacci
3216 Stone St., Apt. 7
Port Huron, MI 48060


Jennifer Charron
53659 Hubs Lane
New Baltimore, MI 48051


Judith Kubiak
29715 Taylor St
Saint Clair Shores, MI 48082-2645


Julie Dunn
18326 Spring Ct. N
Fraser, MI 48026


Kyra Brandon
7268 Engleman
Center Line, MI 48015


LeAuna Preston
5322 Ponderosa Dr
Clyde, MI 48049

Lee Satterfield
19422 Nickey Street
Clinton Township, MI 48035


Lisa Hall
Plunkett Cooney
333 Bridge STreet NW, Suite 530
Grand Rapids, MI 49504


Lucia Brown
47116 Blueridge
Macomb, MI 48044


Lucy Clark
18526 Shannon Ct.
Clinton Township, MI 48035


Mackenzie McClure
25120 Saint Christopher
Harrison Township, MI 48045


Matthew Bardy
47820 Racewood Drive
Macomb, MI 48044


Michael Stepp
4258 King Rd
East China, MI 48054-2706


NuCO2
3071 Pasadena Ave.
Flint, MI 48504


Pete Norager
5322 Ponderosa
Clyde, MI 48049


Rian Mexicotte
25925 Lord Dr
Chesterfield, MI 48051


Rickey Johnston
3675 S. Athanasia Way
Fort Gratiot, MI 48059

```
Roselli Wholesale Foods
33069 Grosebeck
Fraser, MI 48026


Ryan Melcher
16200 Masonic
Fraser, MI 48026


Shane Hellebuyck
45074 Kensington Street
Utica, MI 48317-5902


Small Business Administration
SBA Disaster Loan Service Center
2 North 20th Street, Ste. 320
Birmingham, AL 35203


State of Michigan
Department of Treasury
Dept. 77003
Detroit, MI 48277-0003


Stephanie's Wedding Creations
56225 Chesapeake Trl.
Utica, MI 48316


Supremen Food Service, LLC
15641 E. 10 Mile
Eastpointe, MI 48021


Szabo Associates
3355 Lenox Road, N.E., Suite 945
Atlanta, GA 30326


Taylor Dubay
32330 Susilane
Roseville, MI 48066


The Huntington National Bank
P.O. Box 182519
Columbus, OH 43218-2519
```

The Huntington National Bank
Troy Commercial
801 West Big Beaver
Troy, MI 48084


Thomas Gutman
31775 McNamee
Fraser, MI 48026


Tom Stefanek Dist.
2360 Oklahoma
Rochester, MI 48309


Tracy Azar
29962 Drager
Roseville, MI 48066


Trevor Lake
30400 Normal
Roseville, MI 48066


Tringali Sanitation
33373 Dequindre Road $4602
Troy, MI 48083


Triple T's Cleaning
11829 Engleman
Warren, MI 48089


Van Dyke Gas Co
23823 Sherwood
Center Line, MI 48015


Varnum
333 Bridge Street, Ste. 1700
Grand Rapids, MI 49501


World Beverage
25340 John R
Madison Heights, MI 48071


Yvonne Contesti
39209 Columbia
Harrison Township, MI 48045