**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Vintage Food Services, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MICHIGAN** |
| Case number: | **22-48073** |

☐ Check if this is an amended filing

Official Form 425C

**Monthly Operating Report for Small Business Under Chapter 11**    12/17

| | | | |
|---|---|---|---|
| Month: | **February 2023** | Date report filed: | **04/05/2023** |
| | | | MM/DD/YYYY |
| Line of business: | **Events and Catering** | NAISC code: | **7223** |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

| | |
|---|---|
| Responsible party: | **Anthony Jekielek** |
| Original signature of responsible party | **/s/ Anthony Jekielek** |
| Printed name of responsible party | **Anthony Jekielek** |

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**
    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $  181,031.39

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.     $ __109,030.60__

21. **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.     – $ __141,595.22__

22. **Net case flow**     + $ __(32,564.62)__
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.     = $ __148,466.77__

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

### 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when that debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ __4,438.43__
*(Exhibit E)*

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ __0__
*(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?     $ __43__

27. What is the number of employees as of the date of this monthly report?     $ __43__

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ __18,500.00__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ __0__

30. How much have you paid this month in other professional fees?    $ 0

31. How much have you paid in total other professional fees since filing the case?    $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|---|
| 32. | **Cash receipts** | $ 92,000.00 | - $ | 109,030.60 | $ | (17,030.60) |
| 33. | **Cash disbursements** | $ 106,068.00 | - $ | 141,595.22 | $ | (35,527.22) |
| 34. | **Net cash flow** | $ (14,068.00) | - $ | (32,564.62) | $ | 18,496.62 |

35. Total projected cash receipts for the next month:    $ 121,000

36. Total projected cash disbursements for the next month:    - $ 124,268

37. Total projected net cash flow for the next month:    = $ (3,268)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

**VINTAGE FOOD SERVICES, INC.,**                    Case No. 22-48073-tjt
                                                    Chapter 11
                                                    Hon. Thomas J. Tucker

    Debtor.

---

## EXHIBIT A

### SMALL BUSINESS MONTHLY OPERATING REPORT
### FOR THE PERIOD ENDING FEBRUARY 28, 2023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**VINTAGE FOOD SERVICES, INC.,**                     Case No. 22-48073-tjt
                                                      Chapter 11
                                                      Hon. Thomas J. Tucker

      Debtor.

---

## EXHIBIT B

## SMALL BUSINESS MONTHLY OPERATING REPORT
## FOR THE PERIOD ENDING FEBRUARY 28, 2023

Question 10: The Debtor opened DIP accounts in December 2022 at Huntington National Bank and continues to use its prepetition merchant account for deposits and prepetition payroll account. The Debtor's prepetition disbursement and payroll accounts will be closed once the Debtor's payroll servicer completes transition to the DIP payroll account. The merchant account will remain open so Debtor can continue to receive funds and deposited funds will be swept into DIP accounts.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

**VINTAGE FOOD SERVICES, INC.,**

Case No. 22-48073-tjt
Chapter 11
Hon. Thomas J. Tucker

Debtor.

---

## EXHIBIT C

### SMALL BUSINESS MONTHLY OPERATING REPORT
### CASH RECEIPTS FOR THE PERIOD ENDING FEBRUARY 28, 2023

See Attached February 2023 Profit and Loss Statement.

# Vintage House Banquets & Catering
## Profit & Loss
### February 2023

| | Feb 23 | % of Income |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| ATM Income | 94.90 | 0.1% |
| Income | 0.00 | 0.0% |
| Sales | 61,986.99 | 56.9% |
| Sales - Service Charges | 7,626.88 | 7.0% |
| Sales - Taxable | 39,571.83 | 36.3% |
| Refunds | -250.00 | -0.2% |
| **Total Income** | 109,030.60 | 100.0% |
| **Cost of Goods Sold** | | |
| Contractors - Cleaning | 850.00 | 0.8% |
| Contracting Services | 465.00 | 0.4% |
| Equipment Rental | 190.80 | 0.2% |
| Food Purchases | 26,472.91 | 24.3% |
| Linens | 2,081.18 | 1.9% |
| Linens - Chair Covers | 192.00 | 0.2% |
| Taxes - Payroll | 2,152.83 | 2.0% |
| Wages - Bartender | 289.50 | 0.3% |
| Wages - Catering | 9,414.26 | 8.6% |
| Wages - Cook | 11,484.28 | 10.5% |
| Wages - Dishwasher | 2,062.83 | 1.9% |
| **Total COGS** | 55,655.59 | 51.0% |
| **Gross Profit** | 53,375.01 | 49.0% |
| **Expense** | | |
| Advertising and Promotion | 804.00 | 0.7% |
| Automobile Expenses | 757.00 | 0.7% |
| Computer and Internet Expenses | 246.17 | 0.2% |
| Corrections | 500.00 | 0.5% |
| Fees | 818.63 | 0.8% |
| Insurance | 6,593.71 | 6.0% |
| Lawn/Snow Removal | 1,700.00 | 1.6% |
| Legal and Professional Fees | 24,000.00 | 22.0% |
| Office Supplies | 357.98 | 0.3% |
| Payroll Service Fees | 1,379.45 | 1.3% |
| Propane | 79.50 | 0.1% |
| Repairs and Maintenance | 2,265.06 | 2.1% |
| Service Charges | 1,450.84 | 1.3% |
| Subscriptions | 43.89 | 0.0% |
| Supplies | 438.82 | 0.4% |
| Taxes - Payroll Admin | 1,874.33 | 1.7% |
| Telephone Expense | 0.00 | 0.0% |
| Trash Removal | 670.00 | 0.6% |
| Travel Expenses | 407.34 | 0.4% |
| Utilities | 6,268.40 | 5.7% |
| Wages - Office | 12,474.33 | 11.4% |
| Wages - Sales | 8,058.20 | 7.4% |
| **Total Expense** | 71,187.65 | 65.3% |
| **Net Ordinary Income** | -17,812.64 | -16.3% |
| **Other Income/Expense** | | |
| **Other Income** | | |
| Interest Income | 0.02 | 0.0% |
| **Total Other Income** | 0.02 | 0.0% |

22-48073-tjt    Doc 89    Filed 04/10/23    Entered 04/10/23 12:52:42    Page 7 of 35

**Cash Basis**

| | Feb 23 | % of Income |
|---|---|---|
| **Other Expense** | | |
| Interest Expense | 13,388.00 | 12.3% |
| Interest Expense - LOC | 552.00 | 0.5% |
| Interest Expense - Vehicle Loan | 812.00 | 0.7% |
| **Total Other Expense** | 14,752.00 | 13.5% |
| **Net Other Income** | -14,751.98 | -13.5% |
| **Net Income** | -32,564.62 | -29.9% |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**VINTAGE FOOD SERVICES, INC.,**
Case No. 22-48073-tjt
Chapter 11
Hon. Thomas J. Tucker

Debtor.

---

## EXHIBIT D

## SMALL BUSINESS MONTHLY OPERATING REPORT
## FOR THE PERIOD ENDING FEBRUARY 28, 2023

See Attached February 2023 Profit and Loss Statement.

# Vintage House Banquets & Catering
## Profit & Loss
### February 2023

| | Feb 23 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| ATM Income | 94.90 | 0.1% |
| Income | 0.00 | 0.0% |
| Sales | 61,986.99 | 56.9% |
| Sales - Service Charges | 7,626.88 | 7.0% |
| Sales - Taxable | 39,571.83 | 36.3% |
| Refunds | -250.00 | -0.2% |
| **Total Income** | 109,030.60 | 100.0% |
| **Cost of Goods Sold** | | |
| Contractors - Cleaning | 850.00 | 0.8% |
| Contracting Services | 465.00 | 0.4% |
| Equipment Rental | 190.80 | 0.2% |
| Food Purchases | 26,472.91 | 24.3% |
| Linens | 2,081.18 | 1.9% |
| Linens - Chair Covers | 192.00 | 0.2% |
| Taxes - Payroll | 2,152.83 | 2.0% |
| Wages - Bartender | 289.50 | 0.3% |
| Wages - Catering | 9,414.26 | 8.6% |
| Wages - Cook | 11,484.28 | 10.5% |
| Wages - Dishwasher | 2,062.83 | 1.9% |
| **Total COGS** | 55,655.59 | 51.0% |
| **Gross Profit** | 53,375.01 | 49.0% |
| **Expense** | | |
| Advertising and Promotion | 804.00 | 0.7% |
| Automobile Expenses | 757.00 | 0.7% |
| Computer and Internet Expenses | 246.17 | 0.2% |
| Corrections | 500.00 | 0.5% |
| Fees | 818.83 | 0.8% |
| Insurance | 6,593.71 | 6.0% |
| Lawn/Snow Removal | 1,700.00 | 1.6% |
| Legal and Professional Fees | 24,000.00 | 22.0% |
| Office Supplies | 357.98 | 0.3% |
| Payroll Service Fees | 1,379.45 | 1.3% |
| Propane | 79.50 | 0.1% |
| Repairs and Maintenance | 2,265.06 | 2.1% |
| Service Charges | 1,450.84 | 1.3% |
| Subscriptions | 43.89 | 0.0% |
| Supplies | 438.82 | 0.4% |
| Taxes - Payroll Admin | 1,874.33 | 1.7% |
| Telephone Expense | 0.00 | 0.0% |
| Trash Removal | 670.00 | 0.6% |
| Travel Expenses | 407.34 | 0.4% |
| Utilities | 6,268.40 | 5.7% |
| Wages - Office | 12,474.33 | 11.4% |
| Wages - Sales | 8,058.20 | 7.4% |
| **Total Expense** | 71,187.65 | 65.3% |
| **Net Ordinary Income** | -17,812.64 | -16.3% |
| **Other Income/Expense** | | |
| **Other Income** | | |
| Interest Income | 0.02 | 0.0% |
| **Total Other Income** | 0.02 | 0.0% |

# Vintage House Banquets & Catering
## Profit & Loss
### February 2023

| | Feb 23 | % of Income |
|---|---|---|
| **Other Expense** | | |
| Interest Expense | | |
| Interest Expense - LOC | 13,388.00 | 12.3% |
| Interest Expense - Vehicle Loan | 552.00 | 0.5% |
| | 812.00 | 0.7% |
| **Total Other Expense** | 14,752.00 | 13.5% |
| **Net Other Income** | -14,751.98 | -13.5% |
| **Net Income** | -32,564.62 | -29.9% |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

**VINTAGE FOOD SERVICES, INC.,**                    Case No. 22-48073-tjt
                                                    Chapter 11
                                                    Hon. Thomas J. Tucker

      Debtor.

---

## EXHIBIT E

## SMALL BUSINESS MONTHLY OPERATING REPORT
## FOR THE PERIOD ENDING FEBRUARY 28, 2023

## ACCOUNTS PAYABLE

Please see attached.

# Vintage House Banquets & Catering
## Vendor Balance Summary
### As of February 28, 2023

|                                        | Feb 28, 23 |
|----------------------------------------|-----------:|
| American Express                       | -4,524.83  |
| Belcrest Pest Control                  | 300.00     |
| City of Fraser - ALJ Chapel Water      | 26.26      |
| City of Fraser - Water Bills           | 484.11     |
| Fire Extinguisher Sales                | 298.38     |
| International Bread Dist., Inc.         | 326.00     |
| James Ferrari & Sons                   | 62.00      |
| Karlsburger Foods                      | 633.60     |
| Maurers                                | 4,271.05   |
| NuCO2                                  | 387.29     |
| Proactive Technology Management        | 1,399.59   |
| Triple T's Cleaning                    | 775.00     |
| **TOTAL**                              | **4,438.43** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

**VINTAGE FOOD SERVICES, INC.,**                    Case No. 22-48073-tjt
                                                    Chapter 11
                                                    Hon. Thomas J. Tucker

Debtor.

---

## EXHIBIT F

## SMALL BUSINESS MONTHLY OPERATING REPORT
## EXPENSES FOR THE PERIOD ENDING FEBRUARY 28, 2023

The Debtor receives payment on or before the date services are provided and does not carry accounts receivable.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

**VINTAGE FOOD SERVICES, INC.,**              Case No. 22-48073-tjt
                                            Chapter 11
                                            Hon. Thomas J. Tucker

        Debtor.

---

## EXHIBIT G

### SMALL BUSINESS MONTHLY OPERATING REPORT
### BANK RECORDS FOR THE PERIOD
### ENDING FEBRUARY 28, 2023

See Attached Bank Statements.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



VINTAGE FOOD SERVICES INC DIP
31816 UTICA RD
FRASER MI 48026-3944

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Checking 100*      Account: ------1211

| Statement Activity From: 02/01/23 to 02/28/23 | | |
|---|---|---|
| Days in Statement Period | 28 | |
| Average Ledger Balance* | 58,486.65 | |
| Average Collected Balance* | 56,742.37 | |
| *The above balances correspond to the service charge cycle for this account. | | |

| | |
|---|---|
| Beginning Balance | $59,681.84 |
| Credits (+) | 100,659.05 |
|   Regular Deposits | 30,749.85 |
|   Electronic Deposits | 69,909.20 |
| Debits (-) | 83,610.35 |
|   Regular Checks Paid | 25,026.30 |
|   Electronic Withdrawals | 43,832.05 |
|   Other Debits | 14,752.00 |
| Total Service Charges (-) | 5.00 |
| Ending Balance | $76,725.54 |

### Deposits (+)      Account:------1211

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 02/03 | 8,320.00 | | Brch/ATM | 02/16 | 4,279.00 | | Brch/ATM |
| 02/03 | 1,500.00 | | Brch/ATM | 02/21 | 300.00 | | Brch/ATM |
| 02/09 | 6,491.85 | | Brch/ATM | 02/24 | 893.85 | | Brch/ATM |
| 02/09 | 362.56 | | Brch/ATM | 02/24 | 300.00 | | Brch/ATM |
| 02/13 | 8,302.59 | | Brch/ATM | | | | |

### Other Credits (+)      Account:------1211

| Date | Amount | Description |
|---|---|---|
| 02/02 | 5,000.00 | BUS ONL TFR FRM CHECKING 020223 XXXXXXX3821 |
| 02/09 | 4,000.00 | BUS ONL TFR FRM CHECKING 020923 XXXXXXX3821 |
| 02/10 | 4,000.00 | BUS ONL TFR FRM CHECKING 021023 XXXXXXX3821 |
| 02/13 | 200.00 | CDS L662567 CDS L66256 230212 CDS L662567 |
| 02/13 | 10.95 | CDS L662567 CDS L66256 230212 CDS L662567 |
| 02/15 | 6,000.00 | BUS ONL TFR FRM CHECKING 021523 XXXXXXX3821 |
| 02/21 | 3,000.00 | BUS ONL TFR FRM CHECKING 022123 XXXXXXX3821 |
| 02/22 | 14,000.00 | BUS ONL TFR FRM CHECKING 022223 XXXXXXX3821 |
| 02/27 | 29,000.00 | BUS ONL TFR FRM CHECKING 022723 XXXXXXX3821 |
| 02/27 | 500.00 | CDS L662567 CDS L66256 230225 CDS L662567 |
| 02/27 | 180.00 | CDS L662567 CDS L66256 230226 CDS L662567 |
| 02/27 | 10.95 | CDS L662567 CDS L66256 230225 CDS L662567 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⬙®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2023 Huntington Bancshares Incorporated.



## *Other Credits (+)*                  *Account:------1211*

| Date | Amount | Description |
|------|--------|-------------|
| 02/27 | 7.30 | CDS L662567 CDS L66256  230226 CDS L662567 |
| 02/28 | 4,000.00 | BUS ONL TFR FRM CHECKING  022823 XXXXXXX3821 |

## *Checks (-)*                  *Account:------1211*

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 02/13 | 120.00 | 10002 | 02/13 | 300.00 | 10017* |
| 02/06 | 500.00 | 10003 | 02/21 | 206.00 | 10018 |
| 02/06 | 75.00 | 10004 | 02/14 | 670.00 | 10019 |
| 02/07 | 160.64 | 10005 | 02/13 | 850.00 | 10020 |
| 02/03 | 710.00 | 10006 | 02/10 | 605.00 | 10021 |
| 02/08 | 235.30 | 10007 | 02/09 | 2,000.00 | 10022 |
| 02/09 | 635.54 | 10008 | 02/14 | 443.50 | 10024* |
| 02/13 | 116.00 | 10009 | 02/21 | 296.76 | 10025 |
| 02/06 | 246.15 | 10010 | 02/22 | 245.88 | 10026 |
| 02/13 | 2,081.18 | 10011 | 02/27 | 808.63 | 10029* |
| 02/14 | 192.00 | 10012 | 02/15 | 435.00 | 10030 |
| 02/14 | 26.26 | 10013 | 02/21 | 12,000.00 | 10033* |
| 02/14 | 770.67 | 10014 | 02/27 | 203.79 | 10036* |
| 02/21 | 93.00 | 10015 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)*                  *Account:------1211*

| Date | Amount | Description |
|------|--------|-------------|
| 02/02 | 175.94 | CONSUMERS ENERGY ENERGYBILL  230201 103045889104 |
| 02/02 | 552.00 | COMMERCIAL LOAN DEBIT |
| 02/02 | 812.00 | COMMERCIAL LOAN DEBIT |
| 02/02 | 6,458.00 | COMMERCIAL LOAN DEBIT |
| 02/02 | 6,930.00 | COMMERCIAL LOAN DEBIT |
| 02/03 | 2,831.09 | CONSUMERS ENERGY ENERGYBILL  230202 103045884519 |
| 02/06 | 136.04 | GORDON FOOD SERV AR PAYMENT  0001-100116394 |
| 02/07 | 130.87 | GORDON FOOD SERV AR PAYMENT  0001-100116394 |
| 02/07 | 1,107.42 | US FOODSERVICE VENDOR PAY  020790928128000 |
| 02/08 | 223.00 | Power Vac of Mic SIGONFILE  020823 580B1L |
| 02/08 | 352.80 | SCENTAIR TECH SCENT SRVC  230207 3159703 |
| 02/08 | 1,565.54 | US FOODSERVICE VENDOR PAY  020890928128000 |
| 02/09 | 1,500.00 | BUS ONL TFR TO CHECKING  020923 XXXXXXX3818 |
| 02/09 | 291.27 | WOW! 8664969669  230208 4373926 |
| 02/09 | 442.90 | WOW! 8664969669  230208 4374036 |


## Other Debits (-)

Account:------1211

| Date | Amount | Description |
|------|--------|-------------|
| 02/09 | 1,992.99 | US FOODSERVICE VENDOR PAY  020990928128000 |
| 02/10 | 9.58 | GORDON FOOD SERV AR PAYMENT  0001-100116394 |
| 02/10 | 111.00 | STATE OF MICH SOS ESERV  230209 043000097418728 |
| 02/10 | 116.00 | STATE OF MICH SOS ESERV  230209 043000097418626 |
| 02/10 | 147.00 | STATE OF MICH SOS ESERV  230209 043000097429958 |
| 02/10 | 159.00 | STATE OF MICH SOS ESERV  230209 043000097440464 |
| 02/10 | 159.00 | STATE OF MICH SOS ESERV  230209 043000097418596 |
| 02/13 | 79.37 | GORDON FOOD SERV AR PAYMENT  0001-100116394 |
| 02/13 | 750.00 | Petitpren, Inc. FINTECHEFT  021023 26-0294021 |
| 02/14 | 158.86 | GORDON FOOD SERV AR PAYMENT  0001-100116394 |
| 02/14 | 1,480.54 | US FOODSERVICE VENDOR PAY  021490928128000 |
| 02/15 | 1,500.00 | BUS ONL TFR TO CHECKING  021623 XXXXXXX3805 |
| 02/16 | 2,000.00 | BUS ONL TFR TO CHECKING  021623 XXXXXXX3805 |
| 02/17 | 780.32 | FINANCIAL PACIFI LEASE PYMT  021623 099-0574594-303 |
| 02/21 | 91.42 | GORDON FOOD SERV AR PAYMENT  0001-100116394 |
| 02/21 | 532.00 | MICHIGAN FARM BU PAYMENT  019810000163700 |
| 02/22 | 123.00 | Rave Associates, FINTECHEFT  022123 26-0294021 |
| 02/22 | 1,027.81 | VAN EERDEN FOODS VAN EERDEN  FT276407760 |
| 02/22 | 2,544.41 | MI Business Tax Payment  230221 SMIBUS009578441 |
| 02/22 | 5,876.22 | AMEX EPAYMENT ACH PMT  230222 W3756 |
| 02/23 | 7,000.00 | BUS ONL TFR TO CHECKING  022323 XXXXXXX3818 |
| 02/23 | 100.00 | Premium Distribu FintechEFT  022223 26-0294021 |
| 02/23 | 275.51 | GORDON FOOD SERV AR PAYMENT  0001-100116394 |
| 02/23 | 1,048.25 | US FOODSERVICE VENDOR PAY  022390928128000 |
| 02/24 | 609.00 | Great Lakes Wine FintechEFT  022323 26-0294021 |
| 02/27 | 1,068.90 | GORDON FOOD SERV AR PAYMENT  0001-100116394 |
| 02/27 | 1,623.71 | US FOODSERVICE VENDOR PAY  022790928128000 |
| 02/28 | 988.54 | GORDON FOOD SERV AR PAYMENT  0001-100116394 |
| 02/28 | 1,180.64 | VAN EERDEN FOODS VAN EERDEN  FT277102991 |
| 02/28 | 1,542.11 | US FOODSERVICE VENDOR PAY  022890928128000 |

## Service Charge Detail

Account:------1211

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 02/15 | 5.00 | | STATEMENT CHARGE |

## Service Charge Summary

Account:------1211

| | |
|---|---|
| Previous Month Service Charges (-) | $5.00 |
| Total Service Charges (-) | $5.00 |



*Balance Activity*                                                    *Account:------1211*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | 59,681.84 | 02/10 | 57,985.18 | 02/22 | 58,282.52 |
| 02/02 | 49,753.90 | 02/13 | 62,202.17 | 02/23 | 49,858.76 |
| 02/03 | 56,032.81 | 02/14 | 58,460.34 | 02/24 | 50,443.61 |
| 02/06 | 55,075.62 | 02/15 | 62,520.34 | 02/27 | 76,436.83 |
| 02/07 | 53,676.69 | 02/16 | 64,799.34 | 02/28 | 76,725.54 |
| 02/08 | 51,300.05 | 02/17 | 64,019.02 | | |
| 02/09 | 55,291.76 | 02/21 | 54,099.84 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
  2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR TREASURY MANAGEMENT SERVICES AGREEMENT**

If you have Treasury Management Services through Business Online (e.g., Account Reconcilement, Automated Clearing House ("ACH"), Automated Sweep, Business Security Suite, Cash Deposit and Fulfillment, Controlled Disbursement, eBill Present & Pay, Electronic Deposit, Information Reporting, Lockbox Services, Wire Transfer, Zero Balance Accounting, etc.) please know that unless otherwise agreed upon, changes have been made to the Treasury Management Services Agreement. A complete copy of your updated and restated agreement effective May 1, 2023, can be viewed at www.huntington.com/TMServiceAgreement.

Changes to the Treasury Management Services Agreement (the "Agreement") are as follows:

1. Page 1: "Payment Center (submit via Digital Tool):" now states, "Two unique User IDs assigned to two unique users. User ID #1 used to enter the payment request and User ID #2 subsequently used to approve the Payment Order request."

2. PART IV. AUTOMATED SWEEP SERVICES. Typos have been corrected on page 12, Part IV, Section 2.C. and the last two sentences of Part IV, Section 3.A.2 have been deleted.

3. PART VI: CASH VAULT AND FULFILLMENT SERVICES.

In Section 1, "Additionally, we may provide a courier ("Provider") to pick up Deposits and/or deliver Orders", has been added as the second sentence in the first paragraph. The second paragraph now states (additional/modified language italicized), "In addition, you may place Deposits into a Safe on your premises, the contents of which will be delivered to our Vault by us or the Vendor. As used herein, a "**Safe**" is a safe that utilizes "smart safe" technology, which you must obtain from an approved third party or us. *You are responsible for any loss or theft of the Deposit until received by our Provider or our Vault.*"

In Section 1.B. Orders, the last three sentences are restated (additional/modified language italicized) as "Orders will be debited from your Account on the Business Day such coin and currency is available for release from the Vault to your Vendor. *Where you contract directly with a Vendor*, we are not liable for any loss or delay in delivery of Orders and are not a guarantor of any delivery day or time."

In Section 2, the first sentence is restated (additional/modified language italicized) as, "Huntington provides coin and currency ordering via the telephone *or on-line* as part of its Vault Services."

In Section 3, second paragraph entitled "Service Term; Termination of SafeCash Manager", the last three sentences are restated as "*You are obligated to use our Provider to de-install and return if the Safe(s) is owned by us. Where Safe(s) are owned by us, the Safe(s) must be returned to us by our Provider after termination of SafeCash Manager.* You are responsible for all costs associated with de-installing of the Safe(s) (freight, replacement parts, labor, deletion of custom information) which are billed to you."

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



VINTAGE FOOD SERVICES INC DIP
31816 UTICA RD
FRASER MI 48026-3944

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*                    Account: ------1224

| Statement Activity From: 02/01/23 to 02/28/23 | | Beginning Balance | $6,995.00 |
|---|---|---|---|
| | | Credits (+) | 13,000.00 |
| | | Electronic Deposits | 13,000.00 |
| Days in Statement Period | 28 | Debits (-) | 19,000.00 |
| | | Electronic Withdrawals | 19,000.00 |
| Average Ledger Balance* | 3,421.07 | Total Service Charges (-) | 5.00 |
| Average Collected Balance* | 3,421.07 | Ending Balance | $990.00 |

* The above balances correspond to the service charge cycle for this account.

## *Other Credits (+)*                                        Account:------1224

| Date | Amount | Description |
|---|---|---|
| 02/06 | 13,000.00 | BUS ONL TFR FRM CHECKING  020623 XXXXXXX3821 |

## *Other Debits (-)*                                         Account:------1224

| Date | Amount | Description |
|---|---|---|
| 02/08 | 19,000.00 | BUS ONL TFR TO CHECKING  020823 XXXXXXX3818 |

## *Service Charge Detail*                                    Account:------1224

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 02/15 | 5.00 | | STATEMENT CHARGE |
| 02/15 | 20.00 | | MONTHLY SERVICE FEE |
| 02/15 | | 20.00 | PROMOTIONAL WAIVE - MONTHLY SERVICE FEE |

## *Service Charge Summary*                                   Account:------1224

| | |
|---|---|
| Previous Month Service Charges (-) | $25.00 |
| Credits - Previous Month Charges (+) | 20.00 |
| Net Service Charges | $5.00 |
| Total Service Charges (-) | $5.00 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⬥ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2023 Huntington Bancshares Incorporated.



*Balance Activity*                                                                                    *Account:———1224*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | 6,995.00 | 02/08 | 995.00 | | |
| 02/06 | 19,995.00 | 02/15 | 990.00 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).

    2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR TREASURY MANAGEMENT SERVICES AGREEMENT**

If you have Treasury Management Services through Business Online (e.g., Account Reconcilement, Automated Clearing House ("ACH"), Automated Sweep, Business Security Suite, Cash Deposit and Fulfillment, Controlled Disbursement, eBill Present & Pay, Electronic Deposit, Information Reporting, Lockbox Services, Wire Transfer, Zero Balance Accounting, etc.) please know that unless otherwise agreed upon, changes have been made to the Treasury Management Services Agreement. A complete copy of your updated and restated agreement effective May 1, 2023, can be viewed at www.huntington.com/TMServiceAgreement.

Changes to the Treasury Management Services Agreement (the "Agreement") are as follows:

1. Page 1: "Payment Center (submit via Digital Tool):" now states, "Two unique User IDs assigned to two unique users. User ID #1 used to enter the payment request and User ID #2 subsequently used to approve the Payment Order request."

2. PART IV. AUTOMATED SWEEP SERVICES. Typos have been corrected on page 12, Part IV, Section 2.C. and the last two sentences of Part IV, Section 3.A.2 have been deleted.

3. PART VI: CASH VAULT AND FULFILLMENT SERVICES.

In Section 1, "Additionally, we may provide a courier ("Provider") to pick up Deposits and/or deliver Orders", has been added as the second sentence in the first paragraph. The second paragraph now states (additional/modified language italicized), "In addition, you may place Deposits into a Safe on your premises, the contents of which will be delivered to our Vault by us or the Vendor. As used herein, a **"Safe"** is a safe that utilizes "smart safe" technology, which you must obtain from an approved third party or us. *You are responsible for any loss or theft of the Deposit until received by our Provider or our Vault.*"

In Section 1.B. Orders, the last three sentences are restated (additional/modified language italicized) as "Orders will be debited from your Account on the Business Day such coin and currency is available for release from the Vault to your Vendor. *Where you contract directly with a Vendor*, we are not liable for any loss or delay in delivery of Orders and are not a guarantor of any delivery day or time."

In Section 2, the first sentence is restated (additional/modified language italicized) as, "Huntington provides coin and currency ordering via the telephone *or on-line* as part of its Vault Services."

In Section 3, second paragraph entitled "Service Term; Termination of SafeCash Manager", the last three sentences are restated as "*You are obligated to use our Provider to de-install and return if the Safe(s) is owned by us. Where Safe(s) are owned by us, the Safe(s) must be returned to us by our Provider after termination of SafeCash Manager.* You are responsible for all costs associated with de-installing of the Safe(s) (freight, replacement parts, labor, deletion of custom information) which are billed to you."

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



VINTAGE FOOD SERVICES INC DIP
DBA
VINTAGE HOUSE BANQUETS AND CATERING
31816 UTICA RD
FRASER MI 48026-3944

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Community Business Checking*          Account: ------3821

| Statement Activity From:<br>02/01/23 to 02/28/23 | | Beginning Balance | $946.37 |
|---|---|---|---|
| | | Credits (+) | 105,982.95 |
| | |   Electronic Deposits | 105,982.95 |
| Days in Statement Period | 28 | Debits (-) | 105,430.84 |
| | |   Electronic Withdrawals | 105,430.84 |
| Average Ledger Balance* | 4,494.25 | Total Service Charges (-) | 0.00 |
| Average Collected Balance* | 4,494.25 | Ending Balance | $1,498.48 |

\* The above balances correspond to the
service charge cycle for this account.

## *Other Credits (+)*                                                  Account:------3821

| Date | Amount | Description |
|---|---|---|
| 02/01 | 4,900.00 | BANKCARD DEPOSIT 230131 832517000005050 |
| 02/02 | 4,200.00 | BANKCARD DEPOSIT 230201 832517000005050 |
| 02/03 | 7,997.13 | BANKCARD DEPOSIT 230202 832517000005050 |
| 02/06 | 3,322.00 | BANKCARD DEPOSIT 230204 832517000005050 |
| 02/06 | 2,140.00 | BANKCARD DEPOSIT 230203 832517000005050 |
| 02/07 | 3,168.03 | BANKCARD DEPOSIT 230206 832517000005050 |
| 02/08 | 12.00 | BANKCARD DEPOSIT 230207 832517000005050 |
| 02/09 | 4,040.00 | BANKCARD DEPOSIT 230208 832517000005050 |
| 02/10 | 4,209.56 | BANKCARD DEPOSIT 230209 832517000005050 |
| 02/13 | 1,840.00 | BANKCARD DEPOSIT 230210 832517000005050 |
| 02/13 | 300.00 | AMERICAN EXPRESS SETTLEMENT 230211 3211445234 |
| 02/14 | 4,118.63 | BANKCARD DEPOSIT 230213 832517000005050 |
| 02/16 | 2,300.00 | BANKCARD DEPOSIT 230215 832517000005050 |
| 02/17 | 510.00 | BANKCARD DEPOSIT 230216 832517000005050 |
| 02/21 | 7,815.40 | BANKCARD DEPOSIT 230220 832517000005050 |
| 02/21 | 1,500.00 | AMERICAN EXPRESS SETTLEMENT 230221 3211445234 |
| 02/21 | 840.00 | BANKCARD DEPOSIT 230217 832517000005050 |
| 02/21 | 300.00 | BANKCARD DEPOSIT 230218 832517000005050 |
| 02/22 | 14,254.37 | AMERICAN EXPRESS SETTLEMENT 230222 3211445234 |
| 02/22 | 4,420.90 | BANKCARD DEPOSIT 230221 832517000005050 |
| 02/24 | 8,866.91 | BANKCARD DEPOSIT 230223 832517000005050 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned
subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⬥®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington
Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others
pending. ©2023 Huntington Bancshares Incorporated.

22-48073-tjt   Doc 89   Filed 04/10/23   Entered 04/10/23 12:52:42   Page 24 of 35



## Other Credits (+)

Account:------3821

| Date | Amount | Description |
|------|--------|-------------|
| 02/24 | 1,676.49 | AMERICAN EXPRESS SETTLEMENT  230224 3211445234 |
| 02/27 | 7,732.92 | BANKCARD DEPOSIT  230225 832517000005050 |
| 02/27 | 7,199.24 | AMERICAN EXPRESS SETTLEMENT  230226 3211445234 |
| 02/27 | 2,963.64 | BANKCARD DEPOSIT  230224 832517000005050 |
| 02/27 | 924.00 | BANKCARD DEPOSIT  230226 832517000005050 |
| 02/27 | 35.94 | AMERICAN EXPRESS SETTLEMENT  230225 3211445234 |
| 02/28 | 4,395.79 | BANKCARD DEPOSIT  230227 832517000005050 |

## Other Debits (-)

Account:------3821

| Date | Amount | Description |
|------|--------|-------------|
| 02/01 | 1,141.07 | BANKCARD MTHLY FEES  230131 832517000005050 |
| 02/02 | 3,000.00 | BUS ONL TFR TO CHECKING  020223 XXXXXXX3805 |
| 02/02 | 5,000.00 | BUS ONL TFR TO CHECKING  020223 XXXXXXX1211 |
| 02/03 | 40.00 | EMPIRE PAYS MONTHLYAPR  230201 *050500 |
| 02/06 | 13,000.00 | BUS ONL TFR TO CHECKING  020623 XXXXXXX1224 |
| 02/07 | 249.77 | AMERICAN EXPRESS AXP DISCNT  230205 3211445234 |
| 02/07 | 4,000.00 | BUS ONL TFR TO CHECKING  020723 XXXXXXX3818 |
| 02/09 | 4,000.00 | BUS ONL TFR TO CHECKING  020923 XXXXXXX1211 |
| 02/10 | 4,000.00 | BUS ONL TFR TO CHECKING  021023 XXXXXXX1211 |
| 02/15 | 6,000.00 | BUS ONL TFR TO CHECKING  021523 XXXXXXX1211 |
| 02/21 | 3,000.00 | BUS ONL TFR TO CHECKING  022123 XXXXXXX1211 |
| 02/22 | 1,000.00 | BUS ONL TFR TO CHECKING  022223 XXXXXXX3805 |
| 02/22 | 14,000.00 | BUS ONL TFR TO CHECKING  022223 XXXXXXX1211 |
| 02/23 | 14,000.00 | BUS ONL TFR TO CHECKING  022323 XXXXXXX3818 |
| 02/27 | 29,000.00 | BUS ONL TFR TO CHECKING  022723 XXXXXXX1211 |
| 02/28 | 4,000.00 | BUS ONL TFR TO CHECKING  022823 XXXXXXX1211 |

## Service Charge Summary

Account:------3821

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

## Balance Activity

Account:------3821

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | 946.37 | 02/08 | 254.69 | 02/16 | 3,062.88 |
| 02/01 | 4,705.30 | 02/09 | 294.69 | 02/17 | 3,572.88 |
| 02/02 | 905.30 | 02/10 | 504.25 | 02/21 | 11,028.28 |
| 02/03 | 8,862.43 | 02/13 | 2,644.25 | 02/22 | 14,703.55 |
| 02/06 | 1,324.43 | 02/14 | 6,762.88 | 02/23 | 703.55 |
| 02/07 | 242.69 | 02/15 | 762.88 | 02/24 | 11,246.95 |

22-48073-tjt    Doc 89    Filed 04/10/23    Entered 04/10/23 12:52:42    Page 25 of 35


## *Balance Activity*

*Account:———3821*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/27 | 1,102.69 | 02/28 | 1,498.48 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR TREASURY MANAGEMENT SERVICES AGREEMENT**

If you have Treasury Management Services through Business Online (e.g., Account Reconcilement, Automated Clearing House ("ACH"), Automated Sweep, Business Security Suite, Cash Deposit and Fulfillment, Controlled Disbursement, eBill Present & Pay, Electronic Deposit, Information Reporting, Lockbox Services, Wire Transfer, Zero Balance Accounting, etc.) please know that unless otherwise agreed upon, changes have been made to the Treasury Management Services Agreement. A complete copy of your updated and restated agreement effective May 1, 2023, can be viewed at www.huntington.com/TMServiceAgreement.

Changes to the Treasury Management Services Agreement (the "Agreement") are as follows:

1. Page 1: "Payment Center (submit via Digital Tool):" now states, "Two unique User IDs assigned to two unique users. User ID #1 used to enter the payment request and User ID #2 subsequently used to approve the Payment Order request."

2. PART IV. AUTOMATED SWEEP SERVICES. Typos have been corrected on page 12, Part IV, Section 2.C. and the last two sentences of Part IV, Section 3.A.2 have been deleted.

3. PART VI: CASH VAULT AND FULFILLMENT SERVICES.

In Section 1, "Additionally, we may provide a courier ("Provider") to pick up Deposits and/or deliver Orders", has been added as the second sentence in the first paragraph. The second paragraph now states (additional/modified language italicized), "In addition, you may place Deposits into a Safe on your premises, the contents of which will be delivered to our Vault by us or the Vendor. As used herein, a **"Safe"** is a safe that utilizes "smart safe" technology, which you must obtain from an approved third party or us. *You are responsible for any loss or theft of the Deposit until received by our Provider or our Vault.*"

In Section 1.B. Orders, the last three sentences are restated (additional/modified language italicized) as "Orders will be debited from your Account on the Business Day such coin and currency is available for release from the Vault to your Vendor. *Where you contract directly with a Vendor*, we are not liable for any loss or delay in delivery of Orders and are not a guarantor of any delivery day or time."

In Section 2, the first sentence is restated (additional/modified language italicized) as, "Huntington provides coin and currency ordering via the telephone *or on-line* as part of its Vault Services."

In Section 3, second paragraph entitled "Service Term; Termination of SafeCash Manager", the last three sentences are restated as "*You are obligated to use our Provider to de-install and return if the Safe(s) is owned by us. Where Safe(s) are owned by us, the Safe(s) must be returned to us by our Provider after termination of SafeCash Manager.* You are responsible for all costs associated with de-installing of the Safe(s) (freight, replacement parts, labor, deletion of custom information) which are billed to you."

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



VINTAGE FOOD SERVICES INC DIP
DBA
VINTAGE HOUSE BANQUETS AND CATERING
31816 UTICA RD
FRASER MI 48026-3944

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Accelerated Business Checking*     Account: ------3805

| Statement Activity From: 02/01/23 to 02/28/23 | | Beginning Balance | $7,137.70 |
|---|---|---|---|
| | | Credits (+) | 9,361.72 |
| | | Electronic Deposits | 9,325.70 |
| Days in Statement Period | 28 | Interest Earned | 0.02 |
| | | Other Credits | 36.00 |
| Average Ledger Balance* | 2,720.60 | Debits (-) | 15,475.62 |
| Average Collected Balance* | 2,720.60 | Regular Checks Paid | 5,942.43 |
| * The above balances correspond to the | | Electronic Withdrawals | 8,312.01 |
| service charge cycle for this account. | | Other Debits | 1,221.18 |
| | | Total Service Charges (-) | 46.00 |
| | | Ending Balance | $977.80 |

*Average Percentage Yield Earned this period 0.009%*
*Interest paid last year $2.67*

## Other Credits (+)     Account:------3805

| Date | Amount | Description |
|---|---|---|
| 02/02 | 3,000.00 | BUS ONL TFR FRM CHECKING 020223 XXXXXXX3821 |
| 02/06 | 1,160.00 | CDS L662567 CDS L66256 230204 CDS L662567 |
| 02/06 | 40.15 | CDS L662567 CDS L66256 230204 CDS L662567 |
| 02/09 | 600.00 | CDS L662567 CDS L66256 230208 CDS L662567 |
| 02/09 | 36.00 | RETURN/OVERDRAFT FEE REFUND |
| 02/09 | 25.55 | CDS L662567 CDS L66256 230208 CDS L662567 |
| 02/15 | 1,500.00 | BUS ONL TFR FRM CHECKING 021523 XXXXXXX1211 |
| 02/16 | 2,000.00 | BUS ONL TFR FRM CHECKING 021623 XXXXXXX1211 |
| 02/22 | 1,000.00 | BUS ONL TFR FRM CHECKING 022223 XXXXXXX3821 |
| 02/28 | 0.02 | INTEREST PAYMENT |

## Checks (-)     Account:------3805

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 02/13 | 329.73 | 11016 | 02/06 | 5,116.70 | 11047* |
| 02/13 | 496.00 | 11045* | | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⊕®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2023 Huntington Bancshares Incorporated.


(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

### Other Debits (-)
Account:------3805

| Date | Amount | Description |
|------|--------|-------------|
| 02/01 | 267.12 | PURCHASE AMERICAS FINEST PRINTI  AMERICAS FINEST PRINTI 586-2961312 MI XXXXXXXXXXXX4152 |
| 02/01 | 1,199.38 | PriorityHlth 53 CASH CONC  796069_S001 |
| 02/03 | 693.48 | Great Lakes Wine FintechEFT  020223 26-0294021 |
| 02/06 | 12.71 | PURCHASE APPLE.COM/BILL  APPLE.COM/BILL 866-712-7753 CA XXXXXXXXXXXX4152 |
| 02/06 | 330.00 | Petitpren, Inc. FINTECHEFT  020323 26-0294021 |
| 02/08 | 15.00 | PURCHASE WASH POINTE CAR WASH  WASH POINTE CAR WASH CLINTON TWP. MI XXXXXXXXXXXX4152 |
| 02/10 | 133.56 | PURCHASE AMERICAS FINEST PRINTI  AMERICAS FINEST PRINTI 586-2961312 MI XXXXXXXXXXXX4152 |
| 02/10 | 118.00 | PURCHASE ROSELLI WHOLESALE FOOD  ROSELLI WHOLESALE FOOD FRASER MI XXXXXXXXXXXX4152 |
| 02/10 | 1,710.10 | DTE Energy 800477474  230209 |
| 02/13 | 910.94 | PBG - G&A OU CORP PMT  021120232139630 |
| 02/16 | 230.31 | PURCHASE OFFICEMAX/OFFICEDEPT#6  OFFICEMAX/OFFICEDEPT#6800-463-3768 OH XXXXXXXXXXXX4152 |
| 02/16 | 190.80 | PURCHASE PAPASREFRIGERATION  PAPASREFRIGERATION 5867598400 MI XXXXXXXXXXXX4152 |
| 02/16 | 2,655.24 | STATE OF MICHNWS RETRY PYMT  230210 #009637463 |
| 02/17 | 146.18 | PURCHASE MSFT * E0100M3H9K  MSFT * E0100M3H9K MSBILL.INFO WA XXXXXXXXXXXX4152 |
| 02/21 | 762.70 | PBG - G&A OU CORP PMT  021820232138763 |
| 02/22 | 76.32 | PURCHASE AMERICAS FINEST PRINTI  AMERICAS FINEST PRINTI 586-2961312 MI XXXXXXXXXXXX4152 |
| 02/22 | 21.19 | PURCHASE APPLE.COM/BILL  APPLE.COM/BILL 866-712-7753 CA XXXXXXXXXXXX4152 |
| 02/22 | 9.99 | PURCHASE APPLE.COM/BILL  APPLE.COM/BILL 866-712-7753 CA XXXXXXXXXXXX4152 |
| 02/23 | 30.00 | MIDWEST DATA SOL MIDWEST DA  ID2LNAVOCC |
| 02/28 | 20.17 | GO DADDY WEB ORDER  230227 1404343258 |

### Service Charge Detail
Account:------3805

| Date | Service Charge (-) | Waives and | Discounts (+) | Description |
|------|--------------------|------------|---------------|-------------|
| 02/14 | 36.00 | | | RETURNED NSF ITEM FEE |
| 02/15 | 30.00 | | | MONTHLY SERVICE FEE |
| 02/15 | 10.00 | | | BUSINESS ONLINE SERVICE FEES |
| 02/15 | | | 30.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

### Service Charge Summary
Account:------3805

| | |
|---|---|
| Previous Month Service Charges (-) | $40.00 |
| Credits - Previous Month Charges (+) | 30.00 |
| **Net Service Charges** | **$10.00** |
| Other Charges (-) | 36.00 |
| **Total Service Charges (-)** | **$46.00** |



## *Balance Activity*

*Account:------3805*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | 7,137.70 | 02/09 | 4,365.01 | 02/17 | 898.15 |
| 02/01 | 5,671.20 | 02/10 | 2,403.35 | 02/21 | 135.45 |
| 02/02 | 8,671.20 | 02/13 | 666.68 | 02/22 | 1,027.95 |
| 02/03 | 7,977.72 | 02/14 | 630.68 | 02/23 | 997.95 |
| 02/06 | 3,718.46 | 02/15 | 2,120.68 | 02/28 | 977.80 |
| 02/08 | 3,703.46 | 02/16 | 1,044.33 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR TREASURY MANAGEMENT SERVICES AGREEMENT**

If you have Treasury Management Services through Business Online (e.g., Account Reconcilement, Automated Clearing House ("ACH"), Automated Sweep, Business Security Suite, Cash Deposit and Fulfillment, Controlled Disbursement, eBill Present & Pay, Electronic Deposit, Information Reporting, Lockbox Services, Wire Transfer, Zero Balance Accounting, etc.) please know that unless otherwise agreed upon, changes have been made to the Treasury Management Services Agreement. A complete copy of your updated and restated agreement effective May 1, 2023, can be viewed at www.huntington.com/TMServiceAgreement.

Changes to the Treasury Management Services Agreement (the "Agreement") are as follows:

1. Page 1: "Payment Center (submit via Digital Tool):" now states, "Two unique User IDs assigned to two unique users. User ID #1 used to enter the payment request and User ID #2 subsequently used to approve the Payment Order request."

2. PART IV. AUTOMATED SWEEP SERVICES. Typos have been corrected on page 12, Part IV, Section 2.C. and the last two sentences of Part IV, Section 3.A.2 have been deleted.

3. PART VI: CASH VAULT AND FULFILLMENT SERVICES.

In Section 1, "Additionally, we may provide a courier ("Provider") to pick up Deposits and/or deliver Orders", has been added as the second sentence in the first paragraph. The second paragraph now states (additional/modified language italicized), "In addition, you may place Deposits into a Safe on your premises, the contents of which will be delivered to our Vault by us or the Vendor. As used herein, a "**Safe**" is a safe that utilizes "smart safe" technology, which you must obtain from an approved third party or us. *You are responsible for any loss or theft of the Deposit until received by our Provider or our Vault.*"

In Section 1.B. Orders, the last three sentences are restated (additional/modified language italicized) as "Orders will be debited from your Account on the Business Day such coin and currency is available for release from the Vault to your Vendor. *Where you contract directly with a Vendor*, we are not liable for any loss or delay in delivery of Orders and are not a guarantor of any delivery day or time."

In Section 2, the first sentence is restated (additional/modified language italicized) as, "Huntington provides coin and currency ordering via the telephone *or on-line* as part of its Vault Services."

In Section 3, second paragraph entitled "Service Term; Termination of SafeCash Manager", the last three sentences are restated as "*You are obligated to use our Provider to de-install and return if the Safe(s) is owned by us. Where Safe(s) are owned by us, the Safe(s) must be returned to us by our Provider after termination of SafeCash Manager.* You are responsible for all costs associated with de-installing of the Safe(s) (freight, replacement parts, labor, deletion of custom information) which are billed to you."

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



VINTAGE FOOD SERVICES INC DIP
DBA
VINTAGE HOUSE BANQUETS AND CATERING
31816 UTICA RD
FRASER MI 48026-3944

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Community Business Checking*    Account: ------3818

| Statement Activity From:<br>02/01/23 to 02/28/23 | | Beginning Balance | $6,871.97 |
|---|---|---|---|
| | | Credits (+) | 45,500.00 |
| | | Electronic Deposits | 45,500.00 |
| Days in Statement Period | 28 | Debits (-) | 46,616.33 |
| | | Regular Checks Paid | 33,628.67 |
| Average Ledger Balance* | 9,282.12 | Electronic Withdrawals | 12,987.66 |
| Average Collected Balance* | 9,282.12 | Total Service Charges (-) | 0.00 |
| * The above balances correspond to the | | Ending Balance | $5,755.64 |
| service charge cycle for this account. | | | |

## Other Credits (+)                              Account:------3818

| Date | Amount | Description |
|---|---|---|
| 02/07 | 4,000.00 | BUS ONL TFR FRM CHECKING 020723 XXXXXXX3821 |
| 02/08 | 19,000.00 | BUS ONL TFR FRM CHECKING 020823 XXXXXXX1224 |
| 02/09 | 1,500.00 | BUS ONL TFR FRM CHECKING 020923 XXXXXXX1211 |
| 02/23 | 14,000.00 | BUS ONL TFR FRM CHECKING 022323 XXXXXXX3821 |
| 02/23 | 7,000.00 | BUS ONL TFR FRM CHECKING 022323 XXXXXXX1211 |

## Checks (-)                                      Account:------3818

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 02/07 | 104.83 | 62003 | 02/24 | 383.89 | 62064* |
| 02/28 | 208.36 | 62031* | 02/13 | 150.06 | 62065 |
| 02/06 | 55.33 | 62032 | 02/21 | 287.03 | 62066 |
| 02/03 | 200.42 | 62033 | 02/27 | 207.46 | 62067 |
| 02/13 | 200.34 | 62036* | 02/21 | 404.30 | 62068 |
| 02/01 | 354.00 | 62042* | 02/13 | 362.75 | 62069 |
| 02/13 | 152.32 | 62047* | 02/13 | 175.76 | 62070 |
| 02/02 | 2,082.37 | 62050* | 02/10 | 169.59 | 62071 |
| 02/02 | 171.27 | 62051 | 02/13 | 774.21 | 62072 |
| 02/01 | 181.07 | 62053* | 02/14 | 685.76 | 62073 |
| 02/06 | 148.54 | 62054 | 02/13 | 355.16 | 62075* |
| 02/10 | 837.92 | 62059* | 02/13 | 163.34 | 62076 |
| 02/10 | 1,359.99 | 62060 | 02/13 | 1,594.37 | 62079* |
| 02/10 | 1,381.59 | 62061 | 02/23 | 364.29 | 62080 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ®2023 Huntington Bancshares Incorporated.


*Checks (-)*                                                           *Account:------3818*

| Date | Amount | Check # | | Date | Amount | Check # |
|------|--------|---------|---|------|--------|---------|
| 02/13 | 2,082.37 | 62081 | | 02/27 | 176.64 | 62098 |
| 02/13 | 389.05 | 62082 | | 02/28 | 126.86 | 62100* |
| 02/14 | 129.33 | 62084* | | 02/27 | 354.11 | 62101 |
| 02/15 | 1,684.42 | 62086* | | 02/28 | 338.93 | 62102 |
| 02/13 | 954.24 | 62087 | | 02/24 | 265.03 | 62104* |
| 02/13 | 2,368.23 | 62088 | | 02/27 | 155.94 | 62105 |
| 02/14 | 56.38 | 62089 | | 02/27 | 1,594.37 | 62108* |
| 02/24 | 1,432.13 | 62090 | | 02/28 | 98.84 | 62114* |
| 02/24 | 1,487.06 | 62091 | | 02/24 | 615.29 | 62115 |
| 02/28 | 317.16 | 62092 | | 02/24 | 1,684.42 | 62116 |
| 02/27 | 64.14 | 62094* | | 02/27 | 535.22 | 62117 |
| 02/24 | 387.10 | 62095 | | 02/27 | 2,368.23 | 62118 |
| 02/27 | 63.32 | 62096 | | 02/28 | 136.71 | 62120* |
| 02/27 | 246.83 | 62097 | | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

*Other Debits (-)*                                                     *Account:------3818*

| Date | Amount | Description |
|------|--------|-------------|
| 02/10 | 1,379.45 | PrimePay Invoice Invoice   021023 00000wtsLAAQ001 |
| 02/10 | 6,288.31 | PRIMEPAY LLC TAX COL |
| 02/24 | 5,319.90 | PRIMEPAY LLC TAX COL |

*Service Charge Summary*                                               *Account:------3818*

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

*Balance Activity*                                                     *Account:------3818*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | 6,871.97 | 02/08 | 26,574.14 | 02/21 | 3,687.87 |
| 02/01 | 6,336.90 | 02/09 | 28,074.14 | 02/23 | 24,323.58 |
| 02/02 | 4,083.26 | 02/10 | 16,657.29 | 02/24 | 12,748.76 |
| 02/03 | 3,882.84 | 02/13 | 6,935.09 | 02/27 | 6,982.50 |
| 02/06 | 3,678.97 | 02/14 | 6,063.62 | 02/28 | 5,755.64 |
| 02/07 | 7,574.14 | 02/15 | 4,379.20 | | |

22-48073-tjt    Doc 89    Filed 04/10/23    Entered 04/10/23 12:52:42    Page 33 of 35



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION ABOUT YOUR TREASURY MANAGEMENT SERVICES AGREEMENT**

If you have Treasury Management Services through Business Online (e.g., Account Reconcilement, Automated Clearing House ("ACH"), Automated Sweep, Business Security Suite, Cash Deposit and Fulfillment, Controlled Disbursement, eBill Present & Pay, Electronic Deposit, Information Reporting, Lockbox Services, Wire Transfer, Zero Balance Accounting, etc.) please know that unless otherwise agreed upon, changes have been made to the Treasury Management Services Agreement. A complete copy of your updated and restated agreement effective May 1, 2023, can be viewed at www.huntington.com/TMServiceAgreement.

Changes to the Treasury Management Services Agreement (the "Agreement") are as follows:

1. Page 1: "Payment Center (submit via Digital Tool):" now states, "Two unique User IDs assigned to two unique users. User ID #1 used to enter the payment request and User ID #2 subsequently used to approve the Payment Order request."

2. PART IV. AUTOMATED SWEEP SERVICES. Typos have been corrected on page 12, Part IV, Section 2.C. and the last two sentences of Part IV, Section 3.A.2 have been deleted.

3. PART VI: CASH VAULT AND FULFILLMENT SERVICES.

In Section 1, "Additionally, we may provide a courier ("Provider") to pick up Deposits and/or deliver Orders", has been added as the second sentence in the first paragraph. The second paragraph now states (additional/modified language italicized), "In addition, you may place Deposits into a Safe on your premises, the contents of which will be delivered to our Vault by us or the Vendor. As used herein, a **"Safe"** is a safe that utilizes "smart safe" technology, which you must obtain from an approved third party or us. *You are responsible for any loss or theft of the Deposit until received by our Provider or our Vault.*"

In Section 1.B. Orders, the last three sentences are restated (additional/modified language italicized) as "Orders will be debited from your Account on the Business Day such coin and currency is available for release from the Vault to your Vendor. *Where you contract directly with a Vendor*, we are not liable for any loss or delay in delivery of Orders and are not a guarantor of any delivery day or time."

In Section 2, the first sentence is restated (additional/modified language italicized) as, "Huntington provides coin and currency ordering via the telephone *or on-line* as part of its Vault Services."

In Section 3, second paragraph entitled "Service Term; Termination of SafeCash Manager", the last three sentences are restated as *"You are obligated to use our Provider to de-install and return if the Safe(s) is owned by us. Where Safe(s) are owned by us, the Safe(s) must be returned to us by our Provider after termination of SafeCash Manager.* You are responsible for all costs associated with de-installing of the Safe(s) (freight, replacement parts, labor, deletion of custom information) which are billed to you."